COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-040-CV

DANA LYNN BINT
 
APPELLANT

V.

TOMMY LYNN BINT
 APPELLEE

 
 

----------

FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Dana Lynn Bint’s Amended Motion For Dismissal.” It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.  

DELIVERED:  August 7, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.